Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
718-547-9675

UNITED STATES COURT OF FOR THE

DISTRICT OF COLUMBIA

LUCIO CELLI,

              Plaintiff,

vs.

Randi Weingarten, Judge Cogan, Pres. Biden, Sen.
Schumer, Judicial Conference, Chief Judge Swain, AG
Garland, Senate Ethics Committee, Senate Judiciary
Committee, Ms. Cook, NYCDOE, Law Dept of NYC,
Mayor Adams/Mayor DeBlasio,[1] Speaker Johnson,
Judge Donnelly, Judge Engelmayer, Mr. Silverman,
Ms. Olivera, Mr. Wiel, Mr. Hueston, US Marshalls,
Mr. Taylor, Mrs. Silverman, Mr. Perez, Chief Judge
Livingston, AUSA Karamigous, AUSA Bensing,
AUSA Peace and Ms. Kopplin

Case No.:
AMENDEMNTED: INJUCTION AND DECLARATORY
JUDGMENTS

:

I sent the audio recordings bullying me and allowing Mr. Silverman knowingly to lie to him to tv
stations because of what Chief Judge Swain did to me because he used her office to cover up the
criminal conduct of Judge Engelmayer, as he with AUSA Karamigious deprived me of a fair trial
and my witnesses at the DOJ will help me. Chief Judge Swain/Katzman is the reason why
congress needs to McCain plan for an IG for the Judiciary Branch

If it works, I will get what I want—a fair trial and if it does not, then I am screwed

Because Chief Judge Swain lied about the reason of my complaint: **I do not seek monetary
damages, so the issue of immunity is moot—I seek the opportunity to have the trial of my
dreams and/or a fair trial guaranteed by the constitution**

Let's be clear, Randi Weingarten paid Chief Judge Swain (Schumer judge) to deprive me of a
fair trial and hid the fact that she is a Schumer judge, so that I could not litigant biasness. In fact,
Judge Swain had her clerks destroy papers from my complaint—the post office weighs the
envelopes, which makes the conduct real stupid

Chief Judge Swain wants to hide what the AUSAs said to me, like Judge Cogan, Judge

---

[1] Depending if I need to still keep Mayor DeBlasio, but

Donnelly, and Judge Engelmayer committed a crime against me (various reason) and I believe the world need to hear them

Chief Judge Swain knows that my 3020-a will deal with what happened in Judge Engelmayer's courtroom and she is covering up his criminal conduct because she is impeding AUSAs from testifying to the fact that he committed a crime when he deprived me of my intent and then allowed Mr. Silverman not do any work, obtain evidence, and lied to him about everything—impeding someone from testifying is a crime according to the AUSAS who told me about Mr. Taylor and Mr. Silverman their lies about third-party witnesses

# I. NATURE OF THE CASE

1. This is an action for declaratory judgment pursuant to the Federal Declaratory Judgments Act, 28 U.S.C. §§ 2201–2202, and Rule 57 of the Federal Rules of Civil Procedure.

2. I also seek an injunction where everyone that should have called as witnesses in my criminal, they need to appear in my 3020-a hearing because the facts are the same.

   a. I want the AG Garland to force all his employees that I spoke to appear at my 3020-a, as this is a way to show that I was deprived of a fair trial by Judge Engelmayer, AUSA Karamigious, and Mr. Silverman

      i. The removal of EDNY from my case

      ii. AUSA Karamigous and AUSA Bensing disciplined for violating Exc. Order and Gov't Ethic's Act

      iii. I received letters from the IG and Exc. Office saying that the AUSAs committed misconduct

      iv. Correct all misleading statement since the beginning

      v. Provide me with equal protection of laws

      vi. Stop helping Judge Cogan commit crimes against me, depriving me of retro money

   b. I want the Supreme Court to force their judges who harmed me for Randi Weingarten be forced to explain either why they deprived me of my rights or committed a crime against me if I have AUSAs saying so, which would be at my 3020-a and I want it streamed live.

      i. Each judge deprived me of constitutional rights

      ii. Conspired to hide the fact that I was illegally detained

        iii. Conspired to deprive me of my own intent, for which they ALL had

              knowledge about because I made sure

c. Senate Ethic committee to force Ms. Kopplin to testify and allow me to testify on

   Ms. Kopplin's misconduct because what Judge Engelmayer and Judge Donnelly did

   to me is consider conspiracy under case laws, under civil case law, and we can even

   use Judge Porteous' trail because lying about association was considered a

   conspiracy

        i. There are other theories, like the one in DOJ's manual for political connection

        ii. Or the different theories about election crimes, one deal with as the person

           campaigns and then the other one is outside the campaign's timeframe

        iii. Now  Ms. Kopplin went to Georgetown Law School and is not stupid. I am

           beyond sure that she is intelligent

d. Senate Judiciary Committee, I need to be allowed to oppose any nomination by Sen.

   Schumer and play my audio recordings of what HIS judges did to me FOR Randi

   Weingarten

        i. I keep mentioning Judge Louderbach's impeachment trial statement of "I

           fixed the cases for Sen. Shortbridge because he got me my job."

        ii. Judge Louderback won his trail

        iii. But I mention Judge Louderback, versus the judges who were criminally

           convicted and never admitted what Louderback said, because this what

           people think about Sen. Schumer and Randi Weingarten AND this is

           without EVER hearing Sen. Schumer saying, "Randi is like a sister to me."

        iv.  I never found a criminal case where a judge admitted, "I fixed a case for …"

           like Judge Louderback, but the cases that I found are ALL after Judge

           Louderback's trial and all after Watergate

        v. I want to show the committee and the country why there is a TRUE need for

           an IG for the judicial branch

3. My lawyers have not done anything to promote my interest, please see under seal and I will

   forward documents too and I have audio recordings that documents their misconduct,

   which the DOJ acknowledge is misconduct

4. To the Judicial Conference, I want to play my audio recordings of Judge Donnelly and Judge Engelmayer intimidating me out of remedies and in the case of Judge Engelmayer out of my own intent.

   a. I sent the audio recordings to the DOJ, congress and now media

   b. I do have AUSAs telling me it is a crime to deprive me of my own, when intent is an element of the crime

   c. I want to prove how each Schumer judge helped Randi Weingarten, Betsy Combier, or Cogan—but mostly, they did it for their boss, Sen. Schumer

   d. To have knowledge of misconduct is misconduct in itself, like know Judge Cogan and Judge Engelmayer practiced law for Randi

   e. An example is Chief Judge Swain knew of the misconduct of Judge Engelmayer with the audio, so she denied my petition to show the work that I was denied a fair trial and cover up Randi's crimes

      i. Judge Swain, like the criminal that she is like Judge Porteous, hid the fact that Sen. Schumer recommended her and she own him favors, like Judge Louderback.

   f. There cannot be two realities, but many discretion

5. Plaintiffs, Lucio Celli bring this action individually. These plaintiffs (collectively referred to as "Defendant") bring this action against Randi Weingarten, Judge Cogan, Sen. Schumer, Judicial Conference, Judges who I emailed in 2018, and Senate Judiciary Committee. **I do not seek monetary damages, so the issue of immunity is moot—I seek the opportunity to have the trial of my dreams and/or a fair trial guaranteed by the constitution.** This injunction seeks remedies for constitutional remedies and damages for

being detained illegally without procedural safeguards (abuse of process), unfair trial, being

denied the opportunity to litigate claims, denied of substantive right of liberty and to show

how the DOE, and UFT harassed me into the current situation. In addition, I was the

opportunity to oppose anyone Sen. Schumer recommends to a position because they have

ALL harmed me for Randi Weingarten.

I need the Court to order the US Marshalls to serve judges and AG Garland because I am

not allowed too, per the terms of probation and the list is over 500 judges.

## II. JURISDICTION and PARTIES

6. Federal courts are courts of limited jurisdiction (limited power). Generally, only two types
   of can be heard in federal court: cases involving a federal question and cases involving
   diversity of citizenship of the parties. Under 28 USC §1331, a case arising under the United
   States Constitution or federal laws, or treaties is a federal question case. Under 28 USC §
   1332, a case in which a citizen of one State sues a citizen of another State or nation and the
   amount at stake is more than $ 75,000 is a diversity of citizenship case. In a diversity of
   citizenship case, no defendant maybe a citizen of the same State as any plaintiff.

7. The basis for federal court's jurisdiction is "Federal Question" and "Diversity of
   citizenship"

**Federal Question:**

   a. The Constitutional torts are 1st Amendment (Social Contract Doctrine, petition to
      government, access to the court, etc.), 4th Amendment (Detainment, probable cause
      and abuse of process[2]), 5th Amendment (Due Process Clause), 6th Amendment

---

[2] Not sure of this one because I do not have my computer to refer to information

(Effective assistant of counsel, impartial district, calling witnesses[3], etc.[4]) and 14th Amendment (Due Process, equal protection of the law, etc.[5])

## "Diversity of citizenship"

    b. Randi Weingarten with Judge Cogan and Sen. Schumer are the reasons (via their conspiracy) that I did not receive a fair trial

    c. Randi Weingarten (evil mob boss) is the American Federation of Teachers, AFL-CIO, 555 New Jersey Ave., N.W. Washington, DC 20001

    d. Judge Cogan address at the court is 225 Cadman Plaza East, Brooklyn, NY 11201

    e. Sen. Schumer address is 322 Hart Senate Office Building Washington, D.C. 20510

    f. Judicial Conference is Administrative Office of the United States Courts, One Columbus Circle, NE Washington, D.C. 20544

        i. Also, see the individual judges' address at their courthouse, as the judges come from all over the country to participate.

    g. Judges who I emailed in 2018, I do not remember who I emailed, but there were over 500 judges, and they were judge out west—I believe, but I could be wrong, but the DOJ has the information

    h. AG Garland is 950 Pennsylvania Avenue, NW, Washington, DC 20530

    i. Senate Judiciary Committee is 224 Dirken Senate Office Building Washington, DC 20510

8. Defendants AUSA Garland (Prosecutorial Immunity and no money is sought), Judges who I emailed in in 2018 (no Judicial Immunity because I was not a litigant before any of them, they were solely witnesses, and I seek no money), Judicial Conference (Judicial Immunity and no money is sought) Judy Cogan (no Judicial Immunity because he pressed charges against me, I was not a litigant before him in the criminal case, and I do not seek any

---

[3] I believe the term is compulsory, but not sure because of no computer
[4] All terms that the Supreme has declared is needed for a fair trial within the 6th Amendment
[5] I remember equal protection and due process, but there are others like privileges that applies to my injunction.

money from him at the moment), Judge Engelmayer (Judicial Immunity from Oct. 16, 2020 to April 5, 2020 and no Judicial Immunity from April 6, 2021 to present because he practiced law, but I do not seek money)  and I bright this cause of action under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights, but no money is sought in this suit.

9. Amount in Controversy

   a. This is not about money presently, but the looming 3020-a could result in termination, so my yearly salary is well-above threshold of $75,000.

   b. This suit is about showing the country that I did not receive a trial

   c. This suit is about showing the country that Sen. Schumer judges helped Randi Weingarten deprive me all my constitutional rights

   d. My termination hearing will focus in on the criminal charges

   e. I want to be able to submit a video brief and show the structural errors

   f. I want to be able to show how the AUSAs of EDNY helped deprive me of a fair trial, deprived me liberty for Judge Cogan, and covered of Judge Cogan's crime for his former clients the UFT

   g. I audio recorded and it is better for the public to see a face that corresponds with the voice


III Statement of Claim

10. In and out of court criminal court

11. Lack of procedural safeguards at the bail hearing

12. Randi and Betsy Combier harassed me, like placing my HIV status on Betsy's blog

13. Betsy's blog is funded by her nonprofit foundation

14. Sen. Schumer helped Randi cover up her crimes and her harassment of me

15. Judge Donnelly and Judge Engelmayer lied about their association with Sen. Schumer

16. Judge Donnelly and Judge Engelmayer will not entertain who[6] gave the NYPOST my health information (mental)

17. Schumer judges who have helped Randi Weingarten and Betsy Combier: Judge Brodie, Judge Donnelly, Judge Engelmayer, Judge Katzman, Judge Livingston, Magistrate Scanlon,[7] Judge Lainer (others too)

18. Betsy played me an audio recording of Randi paying Judge Marrerro (Schumer)

19. I was deprived of a fair trial, the right to testify, and present evidence

20. I began emailing Sen. Schumer on December 11, 2017, because I believed that he was the person that was helping Randi Weingarten

21. I watched the hearings of Judge Porteous because Judge Cogan ignored his relationship to the UFT, how he dealt with the issues at hand at a lawyer for Strook, and how he wrote briefs for the UFT for arbitration that I quoted, but he could not read

22. I watched the videos in the Senate and US Court on changes for judicial conduct prior to November of 2018

23. Justice Roberts recused himself in *Schaffer v. Weast* 546 U.S. 49, 51 (U.S. 2005) because he said that no one would believe the opinion would be obtained without his influence

    a. Judge Newman wrote an opinion about practice of law, but wrote it was ok for Judge Cogan

    b. Judge Cogan worked for the UFT for over 20 years, which at Strook, Strook, and Lavin

    c. My lawyers and the AUSAs of EDNY say that Judge Cogan was right for what he did to me

        i. AUSAs of the EDNY are depriving of equal protection of the law

        ii. AUSAs of the EDNY have conspired with Judge Cogan to deprive m of a fair trial, liberty, and retro money—as Ms. Norton said that I was not entitled to retro money and see attachment and below for further facts

    d. I have AUSA Gold and AUSA Shaw with 80 other DOJ personnel said that Judge Cogan committed a crime for the UFT against me

    e. Judge Ritter was impeached and convicted for the practice of law for his former clients and law firm, but Judge Cogan is allowed to do this…and Randi Weingarten paid Judge Marrero

    f. I did a lesson with students who had borderline IQs and they understood that what Judge Cogan did for his former clients was wrong and they, AUSA Gold with others, said that they believed it was a rime

---

[6] Either AUSA Bensing or Federal Defender Letica Olivera
[7] Clerked for Katzman, so a Schumer judge by proxy

24. Shannon Hamilton-Kopplin
   a. Sent a letter that, basically saying, Sen. Schumer can fix any case that he wants in the county
   b. Ms. Kopplin knew that no senator would be reading my letters and or listening to the audios
   c. Judge Donnelly audio
      i. Attempted to lie about her association with Sen. Schumer
      ii. After being reminded about their daughter attended school together, the judge's memory came back—it was a miracle, but not if you watch Judge Porteous's impeachment trial
      iii. Judge Donnelly told me that my intent was not what I thought it was, but from the computer—the truth
      iv. I waited. year, which is the audio recording sent to congress, and I asked Judge Donnelly if her computer was speaking to her
      v. Told me if I keep bring up bail hearing that she would send me back to jail
      vi. Judge Donnelly acknowledged my emails sent to her and appeared to be sincere
   d. Judge Engelmayer audio sent to her via email on 1/2/2022
      i. Oct 16, 2020, called me stupid and crazy for suggesting that Sen. Schumer recommended him to Pres. Obama
      ii. Never ruled on recusal based on his lie, see Judge Porteous
      iii. Intimidated me into a plea
      iv. Ignored the fact that Mr. Silverman lied about my intent, even though Judge Engelmayer received my email
      v. Ignored the fact that Mr. Silverman lied to him about bail and not present evidence, and I told the judge it was required by law and AUSA Shaw said it was a crime
      vi. Ignored the fact that Mr. Silverman did not obtain any evidence based on my intent
      vii. Ignored the fact Mr. Silverman was not my choice as a lawyer
      viii. Judge Engelmayer worked for the DOJ, so he knew and understood about waiver to participate where a former boss is present and lying about federal rules of evidence
      ix. Judge Engelmayer, like a child, accused me of being a liar about the US Marshalls without hearing my audio recording, but it was done because I told him that he needed to be ashamed of himself or lying about his association with Sen. Schumer
      x. Judge Engelmayer said that I will not receive justice in his courtroom
      xi. Judge Engelmayer with Judge Donnelly helped give and get away with giving health information to NYPOST
25. Chief Swain usurped my injunction in SDNY
   a. Did not tell me she is a Schumer judge
   b. 2d. Cir. Council and she knows that practice of law is misconduct under 28 § 454
   c. Judge Cogan and Judge Engelmayer both practiced law.
   d. In senate hearing and the hearing on 10/30/18, a judge brings disrepute to their office when there is obvious misconduct and the exam given was "practice of law."

e. Randi Weingarten paid her to ignore facts, like Judge Engelmayer intimidated me

f. Conspired with Randi and Sen. Schumer to hide the fact that I was denied a fair trial

g. Judge Swain had a clerk take out pages from my complaint, as the post office weight everything and the missing pages have the same weight that were sent from SDNY (exact papers too)

h. DOJ and Congress understood my papers, but she cannot read and understand the same pages

i. Chief Judge Swain received my emails, like Sen. Schumer, so she knew that Mr. Silverman lied about my intent

j. Chief Judge Swain received my emails, like Sen. Schumer, so she knew that Judge Engelmayer bullied into a plea to help Randi because Randi wanted to expose my rape

k. Chief Judge Swain received my mails, so she knows that she was a primary witness and Mr. Silverman deprived me of witnesses by saying, "they (including Sen. Schumer and judges) were third-party witnesses

l. I have AUSAs saying this is a crime.

m. Chief Judge Swain twisted the fact that I wanted to show the world that I did not receive a fair trial with 'appeal'

n. The conspiracy is not to allow the information get out

o. Chief Judge Swain wrote that I wrote false statements, but I have audio recordings to disprove it, and like all the other judges, not allowing me to get the truth out

p. In fact, Chief Judge Swain knows that Judge Engelmayer robbed the US for Betsy Combier, as I placed on the docket her IRS forms form nonprofit foundation and how she uses it for a for her for profit business

q. Because of Chief Judge Swain's criminal conduct of hiding the fact that I was deprived of a fair trial

r. Helped Randi and Judge Cogan rob me of retro money via Schumer

s. Helped Randi and Judge Cogan rob my parent of their pension money via Schumer

26.

Underlying facts:

I incorporate the facts contained suits below into this action

17-cv-00234.    2d
18-cv-03230    2d
21-mc-01760.    2d
19-cr-00127
15-cv-03679
17-cv-02239

27. I incorporate the motion Judge Engelmayer did not answer because it helps Randi Weingarten

I request relief from Judge Engelmayer's inaction (because Randi Weingarten paid him[8]—like Judge Marrero,[9] and Sen. Schumer is the middleman because he feels that Randi is like his sister. Also, it took Judge Engelmayer months to admit Sen. Schumer recommended him to Pres. Obama—I guess, I was not crazy and stupid after all).  I make this request pursuant to:

**My preference**, I want an order that my 3020-a hearing be streamed live. At the hearing, I want everyone that I emailed (which Mr. Silverman lied about) present with Shannon Hamilton-Kopplin of the Senate Ethics committee, Sen. Schumer (of course), and the others from the DOJ who answered my letters. If this matter is litigated at 3020-a hearing, then there is no need for an appeal because I get Randi, Betsy and the Schumer judges who harmed me for Randi.

Also, order Mr. Silverman to send my papers to the DOJ

I am sending this to all senators, and I ask if anyone would like to testify at my 3020-a hearing **because** what Sen. Schumer did for Randi Weingarten and Betsy Combier is the exact conduct that he wanted Pres. Trump impeached for.

To AG Garland/Pres. Biden:[10]

You know, as a former judge, that the government needs to protect the integrity. I ask that you allow/force all AUSAs, who spoke to me or wrote to me, to appear at my 3020-a without a court order.

---

[8] I do not know this as a fact, but I did hear Randi pay Judge Marrero, who is a Schumer judge, and it fits into the narrative that I wanted/envisioned when I started to emailed Sen. Schumer in December of 2017 and then the judges in March of 2018 because Randi is predictable
[9] I do not have the audio recording Betsy Combier played for me
[10] Taking Clause

I do not question discretion, but I question the views on facts as I have AUSAs who said that EDNY deprived me due process of law, which cause my liberty to be taken away.

There are not 2 DOJs for facts, but there are many different discretions at the DOJ, and I must accept discretions without questioning it. I have AUSAs who told me that I was deprived of liberty because of Judge Cogan, as all procedural safeguards were not given to me—which are described in Bail Reform Act and the Salerno case. To be frank, I was not given ANY procedural safeguards and everyone else understood, but the IG's office stated nothing happened (the gist of the letter) or my takeaway or I did not make my case clear on how I was denied liberty illegally and criminally—any could be a possibility

In determining whether to grant a preliminary injunction or temporary restraining order, a court must examine and weigh four factors: (1) whether the moving party has shown a strong likelihood of success on the merits; (2) whether the moving party will suffer irreparable harm if the injunction is not issued; (3) whether the issuance of the injunction would cause substantial harm to others; and (4) whether the public interest would be served by issuing the injunction. *Overstreet v. Lexington-Fayette Urban County Government*, 305 F.3d 566, 573 (6th Cir. 2002); *McPherson v. Michigan High School Athletic Ass'n*, 119 F.3d 453, 459 (6th Cir. 1997) (*en banc*). "These factors are not prerequisites but are factors that are to be balanced against each other." *Overstreet*, 305 F.3d at 573.

I believe what is below the line will be enough to meet the requirements from above. However, I ask to fully develop the argument, but I am without my regular computer.

Facts:

1. My structural errors are more than valid, and I have letters supporting my ineffective assistance claim from the DOJ, which is the REASON I did not want Mr. Silverman as a choice of lawyer and choice of lawyer is structural error

2. NYS policy, in terms of conviction, that teacher will be restored to his/her rights and position prior to conviction and providing that the conviction is overturned, and I do not have the NYS ED paper provides the full description, but Mr. Greene has my computer

3. Transcripts are not either fully develop or accurate or there are obvious omissions (which I believe were made intentionally)

4. My employer cannot make an accurate decision because the record does not have my plea was a product of intimidation or reasons my lawyers were ineffective, as examples

5. I would have gone to trial if I was not intimidated because my intent was to get justice for what the UFT and DOE has done to me  with the fact that the judges helped Randi Weingarten and the UFT

6. 3020-a hearing will focus on my intent

7. I will not have a neutral arbitrator because the DOE and the UFT both must agree upon the arbitrator

8. Arbitrators make over 1,500 dollars a day

9. Therefore, the arbitrators will decide my case based on their finical needs

10. I do not my computer, but there is a Supreme Court case for arbitrators that deal with the issue of Tumey v. Ohio (like finical issues), but please accept this case Commonwealth Coatings Corp. v Continental Casualty Co, 393 US 145 (1968) for impression of arbitrator[11]

11. The award will be procured by corruption, fraud, or "undue means"—the only way Randi Weingarten knows how to win

12. Mr. Silverman was not my choice for lawyer, which is a structural error

13. Mr. Silverman and Judge Engelmayer denied me a defense of my choice and my intent, which are structural errors

14. Judge Engelmayer was biased as he forgot the requirements to convict, see Tumey v. Ohio

---

[11] The case that I speak about it a three panel arbitrator team

15. I should prevail on appeal for my conviction of my criminal case, but this should be if Randi Weingarten or Sen. Schumer does not interfere with the decision making of the appeal—like all the other judges that I had

16. NYC DOE has not based their decisions of employment as required by NY Correction Law Art 23-a because I did not receive my retro money

17. According to Renee Campion (Commissioner of Labor Relations for NYC) and Alan Klinger, Esq of Strook, Strook, and Lavin, the CBA did not change NYC's Personnel Rules and Regulations: Rule 6.2.4 and that they apply to the CBA between the UFT and NYC (NYC's administrative statute)

18. Judge Donnelly (Schumer) said, "be happy that you still have a job" and Judge Engelmayer (Schumer) said, "you will not get justice here," but Randi paid Judge Marrero (Schumer judge) and Betsy Combier has the audio recording

19. Sen. Schumer said that Randi Weingarten is like a sister to him

20. Labor Relations for NYC and Strook, Strook, and Lavin are the agents who negotiate the contract, so they are the ones who TRULY understand the construction of the CBA

21. Peter Zucker read Judge Cogan's opinion (Doc. No. 37) 3 hours prior to it being posted on pacer.gov and then months later, he told me that he met with Betsy Combier, Randi Weingarten, Judge Cogan, and Randi Weingarten

    a. I cannot prove that he met with said people

    b. I can only prove what he said to me

    c. How did Peter know what Judge Cogan was going to write BEFORE it was posted for the public to see?

    d. I never received any exculpatory evidence from the DOJ on this issue, which I told my lawyers to ask

22. My lawsuit cited briefs from Strook and one of them was written by Judge Cogan, who worked at Strook with Randi Weingarten

23. It is court's policy (state and federal) to enforce arbitration decisions and my issues all stemmed from these decisions that were denied to me

24. NYC Personnel Rules and Regulations: Rule 6.2.4 states a break of service is anything above a year

25. I was denied retro payment because I was detained for 5 months; therefore, I did not have a break in service like the DOE and UFT told me

26. Shakira Price was detained after supposedly killing someone with a car (in the *newspaper), but she received her retro money (she told me)*

27. The DOE knew of my arrest prior to the US Marshalls filing a criminal complaint and sent a letter cutting off my health benefits

28. The DOE and the UFT called me on July 20, 2021 about my plea, which was a product of intimidation by Judge Engelmayer

29. The DOE is mad that I have documented the fact they screwed up with an AP smoking weed and not interviewing me, as the DOE brought up the ap on AP on sexual misconduct charges

    a.   DOE muted my microphone, and it is on their website

    b.   The DOE sent NYPD to threaten me to stay away from public meetings

30. The DOE and the UFT are mad at the fact that I have everything audio recorded and now, I have AUSAs to back me for what they have done to me

31. I called AUSAs, like Gold and Shaw, because the EDNY said nothing was wrong and nothing happened to me (paraphrased of AUSA Bensing's statement from February 5, 2019)

32. Please see 17-cv-00234, 18-cv-03230, 21-mc-01760, 19-cr-00127, 15-cv-03679, 17-cv-02239, documents under seal, and look at your own emails (the same ones sent to Sen. Schumer

33. Betsy Combier told me, prior to filing my lawsuit, that "if you continue to attack the UFT, Randi will be vindictive towards you, like what she did to the teachers in Teachers4action because she will find a way," which will we all know was a Judge Marrero case

34. Cathy Battle told me on the phone that if I continued with the lawsuit that the UFT would expose my rape, which was the emails that I sent to the UFT. And then, the pos the courage and pure GALL to allude to it at PERB and mentioned to DOJ in an email that Mr. Hueston said shit.

Below the line is a motion that Judge Engelmayer did not answer and is under seal because Randi Weingarten paid him because my employer will discipline me for what occurred in court and Judge Engelmayer committed a crime when he used his office for Sen. Schumer and Randi Weingarten because they were part of my intent.

---

Dear Judge Engelmayer, Ms. Karamgios, Mr. Silverman, and Ms. Silverman.

**Re:** Since Your Honor deprived me of my own defense and my own intent. I request the following remedy; as what happened at bail hearings and plea proceeding, they will affect me at Ed. Law 3020-a hearing and the decision the DOE must make under NY Correction Law Art 23-a.

As I attempted to raise numerous times to my lawyers and judges, the fact that the bail/detention hearing effected substantial rights, which is liberty. See US v. Salerno, 481 US 739. In Salerno, the Court explained that Bail Reform Act was meant to protect the substantive right of liberty because the said act provided procedural safeguards so that government would not abuse the use of denial of bail and wrongly placed the accused under detention.

If Your Honor denies me this request; then I want to contact the Judicial Conference and 2d. Cir. under 28 USC § 2106

*Again*: **Please Take Notice**, I was deprived of all procedural safeguards mentioned in Bail Reform Act of 1984 and reiterated in US v. Salerno—everyone else sees it outside the 2d. Cir. because the way I have explained is the same.

**THERE CANNOT** be two realities and people understand me when I speak to people outside of the 2d. Cir. In addition, they were

kind enough to provide advice to me on many issues that has been ignored by own lawyers.

**Please Take Further Notice**, the Court was clear, in Salerno, how the procedural safeguards in the Bail Reform Act of 1984 were meant to protect substantive right of liberty, which are protected by the Fifth Amendment and Fourteen Amendment of the Due Process Clause

**Please Take Even Further Notice**, I was prevented from litigating my substantive right of liberty by my own lawyers.

I.   **Facts never presented at any bail hearing:**

1. The US Marshalls did not believe that I was a danger to anyone
2. The US Marshalls wrote that I was a nuisance in their report
3. The US Marshalls told me that they waited to pick me up because I was not a danger to anyone, on 11/14/18
4. The judge took their sweet time to report the emails and never said that they were in fear of the times either
5. The AUSAs took over a year and half to produce the email from a judge. (if there are others, I have not looked at discovery)
    a. Request was made on 12/21/19
    b. The requested email, under protective order, was handed over on April 12, 2021

6.  I informed each of my lawyers and the information was sent in an email sent to AUSA Bensing with other DOJ personnel that in US v. McCrudden, cr-11-061, Judge Hurely explains that how the US Marshalls responded to a supposed threat against a judge and the time it took the US Marshalls to contact the suspect are items to consider not detaining someone

7. Then, Judge Hurely explains that the amount of time the judges took to inform the US Marshalls is also another fact to consider whether to detain someone or not.

8. Your Honor asked the government to produce a statement about the bail hearing and AUSA Karamigios never did as Your Honor ordered.

9. Mr. Silverman said the time has passed to get a letter from AUSA Karamigios, but it only has passed, if Mr. Silverman does not provide Your Honor with a chance to answer or order AUSA Karamigios to file the letter.

10.  The time has not passed because what happened will affect my job. I will explain how it will explain below.

11.  Mr. Silverman knew, like my other lawyers, the US Marshalls wrote a report saying that I was not a danger to anyone but a nuisance, like the US Marshalls told me on 11/14/18.

## II.  Ex Parte Conference

As I explained to Your Honor on April 16, 2021 and in the ex parte letters, AUSA Shaw told me to file a criminal complaint against my lawyers, who were, at the time that I spoke to her, Olivera, Weil, Hueston, and Taylor because they failed to present evidence and ask for new bail hearing. I feel that Your

Honor prevents me from litigating my claims of ineffective assistance of counsel, so that I cannot claim Cronic or structural error or sue my lawyers. **Please Note**, the 1st and 2nd Departments told me to sue my lawyers because they know that they were harming me at the bail hearings and it will affect my job.

### III.  The way the DOE will use the information from the Bail Hearing

The DOE will use the bail hearing, where Magistrate Scanlon denied me bail because I was danger to the community, as means to use it in at the 3020-a arbitration hearing. The arbitrator could read what the US Marshalls wrote, but the arbitrator will never hear the fact my lawyers, including Mr. Silverman, willfully excluded any evidence that I was not a danger to the community and the US Marshalls believed that I was not a danger to anyone.

As the transcripts will show, Judge Donnelly and Your Honor praised my lawyers. It is obvious that judges' opinion is weighed more than someone from the DOJ, AUSA Gold or AUSA Shaw.

### I.   Correction Law Article 23-a

The following is the way the constitutional violations of the Bail/Detention hearing will affect my job, which I property interest as teacher.  If Your Honor does not know, correction Law Art. 23-a is the mode employers make decisions about employees with convictions. I need Your Honor to carefully read 3(h) below because it deals with the fact that I was prevented from litigating the fact that I was not a danger to the community.

Your Honor remained silent or ignored the fact that I have AUSA Shaw telling me to file a criminal complaint against my previous lawyers at the ex parte conference, which I did with AUSA Bensing. Please see ex parte motions and transcript. Your Honor did not express anything, so I do not know how to classify lack of action.

    a. The Following are the items that the DOE needed to consider for retro money and for whether to file charges under Ed Law 3020-a

1. Article 23-A requires employers to evaluate qualified job seekers and current employees with conviction histories fairly and on a case-by-case basis. The law specifies eight factors that employers must consider when evaluating an applicant with a prior conviction.
2. NY Correction Law requires the following actions to occur:
   a. Section 750. Definitions
   b. 751 Applicability
   c. 752 Unfair discrimination against persons previously convicted of one
   d. Or more criminal offenses prohibited.
   e. 753 Factors to be considered concerning a previous criminal
   f. Conviction; presumption.
   g. **754. Written statement.**
   h. 755 Enforcement.
3. Items that NYS Employers must consider when hiring or firing someone with convictions:

   a. New York State's public policy of encouraging the employment of persons with prior convictions.

b.  The specific duties and responsibilities necessarily related to the license or employment sought.

c.  The bearing, if any, the criminal offense or offenses for which the person was previously convicted will have on his ability to perform one or more such duties or responsibilities.

d. The time which has elapsed since the occurrence of the criminal offense or offenses.

e. The age of the person at the time of the occurrence of the criminal offense or offenses.

f.  The seriousness of the offense or offenses.

g.  Any information produced by the person, or produced on his behalf, in regard to his rehabilitation and good conduct.

h. The legitimate interest of the public agency or private employer in protecting property, and the safety and welfare of specific individuals or the general public.

4. Obviously, I can meet "g" (which is mentioned above): Any information produced by the person, or produced on his behalf, in regard to his rehabilitation and good conduct.

I am not worried about presenting evidence of "g"

5. But "g" does not replace the order that I was detained because of being dangerous to the community, as my lawyers intentionally failed to present evidence of what the US Marshalls wrote (I was a nuisance and not dangerous) or obtain from the DOJ that the judge took over two weeks to report the threat.

6. It is "h" the DOE will cite: "The legitimate interest of the public agency or private employer in protecting property, and the safety and welfare of specific individuals or the general public" because I never got the chance to litigate the facts, I was not a danger to anyone (according to the US Marshalls) and given exculpatory evidence by the DOJ to show that the judge took their sweet time reporting my emails.

As Your Honor knows that it will be beyond difficult to overcome an order from the court saying that I am a danger to the community. I work with children and there are various statutes and various constitutional theories where the state must protect the public.

This is all understandable, but I would have been in a better position, if I would have been allowed to present evidence that I was not a danger to the community

7. A court saying that someone is a danger to the community is a powerful statement for the DOE to use against me, but I was denied the opportunity to present a defense where I would have litigated the fact that I was not a danger within the meaning of the Bail Reform Act of 1984 because the US Marshalls' report would have ruled out dangerous with the amount of time the judges took to forward the response.

8. I only had the US Marshalls telling me that I was not a danger to anyone, but I could not audio-record them, as I was in custody.

9. The email where the judges waited two weeks to report the threat is a powerful statement and they made no statement

that they feared my emails, but **I need the protective order lifted to use at the 3020-a**

10.    In US v. McCrudden, cr-11-061, Judge Hurely explains that how the US Marshalls responded to a supposed threat against a judge and the time it took the US Marshalls to contact the suspect are items to consider not detaining someone

11.    In fact, Judge Hurely continues to explain that the time the judges took to forward the threat to the US Marshalls also shows the defendant was not a threat or a danger to the community.

12.    Now, I have the US Marshalls' report to use, but the email from the judge (I will not say from whom because I do not if I could say the name, nor have I had an opportunity to view all evidence under the order) is under protective order.

13.    I have emails and audio-recorded phone calls (from all the lawyers that I have had and including the current ones) where I explain what Judge Hurely said in the McCrudden case and I even sent the Judge Hurely's decision to each lawyer that I had and even to the current ones.

14.    Betsy Combier said that Randi would have me fired if I mentioned the UFT in the lawsuit and that Randi Weingarten would be vindictive, like having Betsy placing my HIV status on her blog.

15.    Then, there is the fact that the UFT threatened to expose my rape if I continued with my lawsuit

16.    Judge Donnelly said, "just be happy that you have a job for now," which is in the transcript.


II.  I need Your Honor to address the above issues

I realize that Your Honor has discretion, but I was precluded from litigating a meritorious claim of constitutional violations at the bail/detention hearing, as Your Honor said: "you will not get justice here" because there is evidence that my lawyer knew of and the AUSA withheld from the hearings.

The issue should have been litigated was the fact that I was not a danger to the community. My lawyer's conduct was, in any meaningful way, to prevented from presenting evidence at any bail hearing. **In fact**, I was precluded by my lawyers to obtain a new bail hearing, which is statutory right and, let's be honest, it is constitutional violation to deny me access to the court to litigate issues—which was what Mr. Silverman did.

My lawyers new of evidence that I was not a danger to anyone and failed to obtain the exculpatory evidence from the AUSA but waited until the AUSA sent the needed evidence two and half years later. So, my lawyers knew of emails sent from judges to the US Marshalls and the fact that US Marshalls wrote that I was a nuisance and not a danger to anyone, which they wrote in their report to the court.

My lawyers knew and understood that what the US Marshall wrote in their report, the time the judges took to forward the email to the US Marshalls and Judge Hurely's decision in McCrudden echoes the previous two facts; these things were all needed to litigate the issue that I was not a danger to the community. After June 2, 2021, at the PSR interview, Mr. Silverman informed me that he had no idea why I referred to Judge Hurely.


Your Honor allowed Mr. Taylor, esq. to lie about the bail/detention hearing without me explaining.

Your Honor ignored the fact that AUSA Shaw told me to file a criminal complaint against my lawyers, which I did with AUSA Bensing, as I wrote in letters

I, in fact, found out that Your Honor is the person to present a habeas corpus petition too. Your Honor told me that I will not get justice in your courtroom.

### III.  Has Mr. Silverman informed the DOJ how the DOE/UFT retaliated against me by depriving me retro money

It has been months since I told Mr. Silverman about the crime of retro money, which was also told AUSA Bensing. If Mr. Silverman cannot inform the AUSA now or the AUSA ignores my criminal complaint to protect the UFT/Randi Weingarten/Judge Cogan (I know the AUSA has discretion but the AUSA already covered up the crime between Judge Cogan and the UFT, and my current compliant is part and parcel to the aforementioned action) because, besides AUSA Shaw and AUSA Gold, I have numerous DOJ personnel outside of the 2d Cir. who told me what is being done to me is a crime and AUSA Bensing lied about Judge Cogan on February 4, 2019

Ms. Shakira Price was given her retro money after being detained in jail, which is the read given to me as why I would be paid retro money.

I heard the audio-recording of Randi Weingarten paying Judge Marrero, but I did not hear the audio-recording of Randi Weingarten attempting to bride Ed Fagan, which Betsy Combier has, and this recording is not in discovery.

I request Mr. Silverman's financials because he has gone of his away to harm and deprive of everything constitutional right. In addition, I request all financials from each lawyer that I had.

I do not have any doubts that Mr. Taylor, esq. did not tell the DOJ what the DOE/UFT did to me is crime. I have so many DOJ personnel, from outside of the 2d. Cir., telling me it is a crime.

I am baffled by Your Honor's comment that my lawyers have worked hard for me because no one else sees that whatsoever.

Example:

| Statements said to Your Honor | Your Honor's Reponses | The Facts that have not changed |
|---|---|---|
| (1)I told Your Honor that under the Bail Reform Act allows defendants to present evidence that was not present prior to the court and could be presented to the court up until trial. | Nothing | The Bail Reform Act is clear, and evidence was not presented to the court. |
| (2)I told Your Honor that my lawyers knew of a report from the US Marshalls saying that I | Nothing | Besides what I mentioned above, AUSA Shaw told me to file a |

| | | |
|---|---|---|
| was not a danger, but a nuisance | | criminal complaint, which I did with AUSA Bensing |
| (3) Then, Your Honor allowed Mr. Taylor to lie about the bail/detention hearing | Your Honor became enraged and said, "How you disparage Mr. Taylor…" | Same as the two above |
| (4) I asked Your Honor Mr. Silverman to address the fact of the Bail Reform Act | Silence | The same as the first two |
| (5) Mr. Silverman said Mr. Celli's issue with bail is better suited for a habeas corpus petition. | Your Honor answered, "So, Mr. Celli wants you to file motions that you cannot." | The same as the first two |
| (6) Now, rule 52(b) is the final way to litigate the issue that I was not a danger to the community or anyone, but a nuisance, like the US Marshalls wrote, the reason they waited to come to get me, and why the judges took two weeks to | ??? I prayer that Your Honor will provided me with relief from the constitutional violations, as Your Honor promised the Senate Judiciary Committee and it is same issue that the Supreme Court requires of lower | Just like the Bail Reform Act, rule 52(b) allows defendants to litigate issues that affected their rights.<br><br>What happened at the hearings is still a crime |

forward the first
email.

courts, but I have
to for Your Honor's
discretion.

and my lawyers
were given to me
to protect my
rights,
according to
various DOJ
personnel
outside the 2.
Cir.

Conclusion

I would like to know how the DOJ and/or the court is going to help me with this because it is within your (judge's or AUSA's) discretion to help me or not.

I checked with many DOJ personnel about whether a motion could have been place prior to trial or not, like the Bail Reform Acts states, and everyone said, "yes, if there was evidence not presented at any bail hearing"—wow, it is the same as it is written in the statute, but Mr. Silverman told Your Honor otherwise.

Your Honor, however, believes that I want my lawyers to file things that they cannot, please explain because there cannot be two realities and the DOJ told me that the Bail Reform Act has not changed. What the DOJ told me about the Bail Reform Act is the same as what I told Your Honor in person and in writing. What am I missing? I would like to understand

Your Honor said that I could not seek justice for what happened at the bail/detention hearing at trial and my lawyers did not want to obtain a new bail hearing because they lied to Your Honor and Judge Donnelly, but I have AUSA Shaw saying it is a crime..

1. **Remedy for not being allowed to litigate not being a danger to the community**: I need Your Honor to order the following individuals to be present at my 3020-a hearing:

   Magistrate Scanlon (clerked for Judge Katzman), Chief Judge Brodie (Schumer judge), Judge Katzman (Schumer judge), Judge Hurely, Judge Donnelly (Schumer judge), Magistrate Bulsura, Judge Engelmayer (Schumer judge), Sen. Schumer—he believes Randi [Weingarten] is like a sister to him and he

would do anything for her (in a video to AFT members) and I have an email response from the senator that is under seal, Judge Cogan, AUSA Brady, AUSA Bensing, AUSA Gold, AUSA Shaw, AUSA Bensing, AUSA Karamigios, any AUSA that I spoke to over the course of two years or I have emails from, US Marshalls, Ms. Olvera, esq., Mr. Weil, esq., Ms. Gerlant, esq., Mr. Hueston, esq., Mr. Taylor, esq., Mr. Silverman, esq. Ms. Silverman, esq., Randi Weingarten, esq. or "evil mob boss", and Betsy Combier, all present for my 3020-a hearing **because** I need to present evidence as to why I was denied all procedural safeguards in federal court, as it is the only way to show that I was not a danger to the community, like present evidence of US Marshall reports that I was not a danger, but a nuisance. T

    a. What I was prevented from litigating in federal court by each lawyer that I had, I will need to litigate the issues at the 3020-a because it will be all related to the 3020-a proceeding. **The bottom line is,** the Bail Reform Act of 1984 is clear on procedural safeguards and then, the Supreme Court highlighted the procedural safeguards, in US v. Salerno, 481 US 739, because the procedural safeguards were meant to protect substantive rights of the accused, such as liberty and impede the government from misusing detention as a means to retaliate against the accused, which is the defense given to me by the DOJ and Your Honor would not allow me to have my own defense of choice.

    b. Having everyone that I mentioned in A is the only way to present a defense at 3020-a that was denied to me in federal court by my own lawyers

c. I have audio-recordings of my lawyers, but they cannot be forced to attend

d. I have audio-recordings of DOJ personnel, but I can try to subpoena under a certain doctrine—but this is not a guarantee, Your Honor grants my request

e. I have audio-recordings of various law enforcement agencies, but they cannot be forced to attend (I have to find out about NYPD, since they work for NYC)

f. I have the transcripts, but the DoE cannot cross-examine anyone

g. I believe I can have Randi Weingarten because NYC is her original place of employment and, for sure, the UFT Pres on down collects a UFT salary and a DoE salary, so this makes them NYC employees too—Randi said that the UFT is her home union, but we shall see.

h. My lawyers had up until trial to present any evidence not given to the court, which I cited in my motions and at the ex parte conference with Your Honor because it is a statutory right.

i. DOE can only force employees to testify at 3020-a hearing and others have a choice, as this is my understanding.

j. Your Honor did say, "you will not get justice here" and now without the opportunity to litigate the fact that I was not a danger to the community with proof, from the US Marshalls wrote, that I was a nuisance; then, I will not have hope.

k. My lawyers prevented me from obtaining exculpatory evidence of my subjective intent and Your Honor concurred with them, which is act of taking my will from me.

l. My lawyers prevented me from presenting any meaningful defense to anything and Your Honor concurred with part of it and then, the judges aided my other lawyers, which took my will from me.

m. My lawyers prevented me from litigate the fact the US Marshalls deprived me of a fair trial with their reports

n. My lawyers prevented me from litigating that my confession was not voluntary and promised to put a suppression motion

o. My lawyers prevented me from litigating AUSAs' misconduct and I have AUSA Gold saying AUSA Bensing did commit misconduct about lying about Judge Cogan and the UFT.

    i. Somehow, according to Mr. Silverman, it would be an ethical violation if he placed the motion on the docket, but the 1st and 2nd Departments told me that it would be an ethical violation if Mr. Silverman did not to place the motion on the docket because they recognized the misconduct of the AUSAs too. In fact, I did not even say what AUSA Gold told me…all I did was state the facts

    ii. There cannot be two realities

p. The various issues under mandatory recusal which impeded me from litigating

q. My lawyer prevented me from litigating the issue of recusal of the AUSAs

r. My lawyer prevented me from litigating the issue that the AUSAs deliberately destroyed evidence, which is linked to AUSA Bensing's misconduct in court, the US Marshalls' threat, and other issues under seal

s. There are other issues that I was prevented from
   litigating

2. **Remedy:** Judge Engelmayer, may I use the transcript (from the
April 16th ex parte conference) with my motions/letter under
seal at my 3020-a. I have the transcript and I have what Mr.
Silverman placed under seal, but I do not know if I need Your
Honor's permission to use them because I rather use the
official ones. **Please take Notice**, I have Mr. Silverman
telling me that I can use them

Your Honor allowed or you did not realize it, but Mr.
Silverman lie about Bail Reform Act of 1984 when he said
"it better that Mr. Celli file a habeas corpus," which Your
Honor eagerly responded by saying, "so Mr. Celli wants you
to files things that you cannot."

Bottom line is the Bail Reform Act of 1984 provides the
defendant to present evidence that was not presented to
court and this right is valid up until trial, which I
mentioned at the ex parte conference, and Your Honor did
not say anything.

Please check the transcript

3. **Remedy:** Your Honor asked the AUSA Karamigios to file a letter
with the court about the bail/detention hearing, I ask that
AUSA Karamigios do as Your Honor ordered.

4. **Remedy:** I request that there be a stipulation of that I was
not danger to anyone but a nuisance like the US Marshalls
wrote because I precluded from litigate the issue and my

lawyers knew of evidence that I was nuisance and not a danger to the community, according to the US Marshall

5. **Remedy:** I request that the DoE be precluded from using anything from this case because my lawyers prevented me from exercising my statutory rights to present evidence that I was not a danger to the community and prevented me from litigating other issues too.

I am praying for a remedy that Your Honor can, within your discretion, provide me because Your Honor promised to protect individual constitutional rights at your senate confirmation hearing. From watching Your Honor speak about your time clerking for Justice Marshalls, I believe you are a person of your word.

I understand, moreover, that Your Honor could grant me only one remedy listed, all remedies listed, or none, as it is within Your Honor's discretion and I say this with Your Honor's acknowledgment of constitutional violations, as you already told once, "you will not receive justice here."

Lastly, AUSA Shaw told me that it was a crime not to present evidence, known to the lawyers, to the court because they are impeding the court from reaching a correct and just decision, as the stated facts are needed to reach such decisions. What AUSA Shaw said is seen in the Bail Reform Act, in the Salerno decision, and other decisions by the Supreme Court, but my lawyers tell me that "they can't do it" or "it will harm you."—there is a disconnect.

NJUCTION AND DECLARATORY JUDGMENTS : - 34

It does not appear AUSA Shaw is lying to me because what she said to me, I can read in the statute and in Supreme Court decisions. I wonder who is lying…hmmm

I request a temporary injunction of any disciplinary decision on criminal conviction because the record is not fully developed in court and my employer does not have all the records under seal to make a proper decision, as required by NYS law and I wrote this to Judge Engelmayer and I knew he would ignore it, like Randi paid Judge Marrero, which is the reason that I sent the SAME documents to congress

Or wait until the appeal is done and if there is a new trial

I request that you and order anyone that has information or who works for the UFT/AFT/DOJ and others to appear at my 3020-a hearing

I request that the court order the DOE and the UFT to explain why I was deprived of my retro money and that it had nothing to do with retaliation. DOE is required to provide one under NYS Law Art. 23-a and correction law 750 (somehow they are related or the same but I do not have my computer to know for sure)

Another remedies:
1. Retro money
2. The name of the person at the DOE who denied me Retro money

IV Irreparable Injury and Remedies

1. I incorporate the remedies written in the original motion

NJUCTION AND DECLARATORY JUDGMENTS : - 35

2. Any remedy that I have not listed by name, like no arbitrator in NYS will protect my rights and I need a federal judge, who is not influenced by Sen. Schumer for Randi, to be appointed

3. Although Daniel Perez appears to be good (but all my lawyers began the same way), he is already saying what I must see

   a. The Engelmayer motion, I want the 2d. Cir. to address it via 28 USC § 2106

   b. The issue of recusal and transfer out of the circuit

   c. I need more than 91 days to perfect my brief for appeal

   d. I need hearing to show how and why I received ineffective of counsel

4. I need a different judge to hold hearings, so that I can develop my structural error claims, please attachments

5. I need the DOJ to state its position on ineffective assistance of council (IG's office and DOJ Executive Office both said that I received ineffective assistance of council)

6. I need Mr. Ragdale's office to issue its findings on AUSAs' misconduct[12], which is another reason for extra time

7. For DOJ to inform EDNY to stop depriving me of equal protection of laws to cover up Judge Cogan's crime and that of the UFT's and Randi's crimes too.

8. For the Judicial Conference to provide me with an unbiased judge because he is ignoring facts that are known to him and the IG wrote to me and others have said to me verbally—

---

[12] I rather have Mr. Rasgdale's office findings, than those of the IG's office and Exc. Office conclusions

NJUCTION AND DECLARATORY JUDGMENTS : - 36

nothing excuses collusion or the appearance that Randi Weingarten paid him.

9. For the Judicial Conference to force a judge to hold a true hearing where I can present my audio recordings and facts/truth can come to the public's eye

10. For Judicial Conference and AG Garland to allow their employees to appear at my 3020-a because a face with my audio recording is better or a court order

11. Betsy Combier to produce the audio recording of her, Randi, and Judge Marrero with his clerk.

12. Basically, Randi Weingarten wants to hide what I have audio recorded

13. Randi wants to hide the fact that Judge Cogan helped the UFT,[13] which both Randi and Cogan worked for Strook, and Randi received her union job while she worked at Strook

14. Randi wants to hide how she with Judge Cogan had Betsy Combier harass me, like place my HIV status on her nonprofit blog that Judge Brodie ignored

15. To stop Sen. Schumer and his judges from depriving me of all my constitutional rights

16. To have the trial of my dreams and expose what EDNY (judges and AUSAS) with my own lawyers' help deprive me of a fair trial

17. To have my trial live stream because Randi Weingarten and Betsy Combier, with Sen. Schumer's help via his judges and AUSAs, wanted me to ashamed of being raped and getting HIV

18. To have everyone testify (via zoom is fine)

---

[13] Always remember that the UFT was a former client of Judge Cogan

NJUCTION AND DECLARATORY JUDGMENTS : - 37

19.    To prove Sen. Schumer via his judges, with influence from Judge Cogan, helped to deprive me liberty because Randi is like a sister to him

20.    To prove Judge Cogan used his office for the UFT and cover up their crimes against me

21.    To make sure Sen. Schumer never helps Randi Weingarten again

22.    To make sure the judges of 2d. Cir., SDNY, and EDNY never help Randi Weingarten or the UFT

23.    To get the name of the person who deprived me of retro money at the DOE because NYC Personnel Rule 6.2.4 establish that anything above a year is a break in service

24.    The public has the right to know that Randi Weingarten and Sen. Schumer have been fixing cases, in court, since 2008

25.    AUSA Karamigious and whoever showed up with her, they knew Judge Engelmayer intimidated me into a plea

   a. What is the EDNY going to do about it on appeal?

26.    Regain equal protection of the laws that Sen. Schumer's judges have deprive me of and AUSAs in the EDNY

27.    Regain my constitutional rights deprived to me by Sen. Schumer's judges and from AUSAs in the EDNY

28.    Judge Engelmayer and Judge Donnelly both knew and understood that I was DEPRIVED of all safeguards listed in Bail Reform Act

29.    In fact, Judge Engelmayer allowed both Mr. Silverman and Mr. Taylor to lie about the bail hearing

30.    To show that the judges, especially Schumer judges, forgot the rule of law and facts because Randi paid them, like Judge Marrero

31.    Whatever else is listed above but I forgot to include in this section.

NJUCTION AND DECLARATORY JUDGMENTS : - 38

1

Dated this 2ⁿᵈ 4th Jan of ~~December~~, 2021.

2

3

4

5

6

7

8

_____
Lucio Celli, Defendant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NJUCTION AND DECLARATORY JUDGMENTS : - 39