Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
718-547-9675

UNITED STATES COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCIO CELLI, | Case No.: 21-cv-03369 (CRC) |
| Plaintiff, | ADDENDUM DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST DANIEL PEREZ OR AN CJA ASSIGNED TO WRITE THE APPEAL |
| vs. | |
| Weingarten et al, | |
| Defendant | |

In the second amended complaint, I forgot to include facts that would merit a suit for injunctive relief or declaratory relief against Mr. Daniel Perez, esq. and the following is what I wanted Mr. Perez to file with the 2d. Cir., but he is not willing to file the document, which is in between the lines:

## I. NATURE OF THE CASE

1. This is an action for declaratory judgment pursuant to the Federal Declaratory Judgments Act, 28 U.S.C. §§ 2201–2202, and Rule 57 of the Federal Rules of Civil Procedure.
2. This is an action for injunction relief because it appears that Mr. Perez, esq. will not provide me with the required representation.
    a. What is in between the lines are items that I told Mr. Perez that I wanted him to file because filing them protects my rights
    b. Mr. Perez is under the assumption that the appeal and 28 USC § 2106 are the same, but the problem is the fact that not filing 28 USC § 2106 affects me
    c. Filing an appeal and filing motion pursuant to 28 USC § 2106 are different, which I provided him a Supreme Court case that alludes to the difference.
3. Plaintiffs, Lucio Celli bring this action individually. These plaintiffs (collectively referred to as "Defendant") bring this action against Weingarten et al (with

ADDENDUM DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST DANIEL PEREZ OR AN CJA
ASSIGNED TO WRITE THE APPEAL - 1

Daniel Perez, esq. named). **In terms of Mr. Perez—I seek to have him address the structural errors, intimdation by Judge Engelmayer and Mr. Silverman, and other items that appear on the docket**. This injunction seeks remedies to prevent Mr. Perez not preforming his duties and representing Judge Cogan and Randi

## II. JURISDICTION and PARTIES

4. Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 USC §1331, a case arising under the United States Constitution or federal laws, or treaties is a federal question case.  Under 28 USC § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $ 75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant maybe a citizen of the same State as any plaintiff.

5. The basis for federal court's jurisdiction is "Federal Question" and "Diversity of citizenship"

**Federal Question**:

    a. The Constitutional torts are 1st Amendment (Social Contract Doctrine, petition to government, access to the court, etc.), 4th Amendment (Detainment, probable cause and abuse of process[1]), 5th Amendment (Due Process Clause), 6th Amendment (Effective assistant of counsel, impartial district, calling witnesses[2], etc.[3]) , 14th Amendment (Due Process, equal protection of the law, etc.[4]) and 42 USC § 1983

---

[1] Not sure of this one because I do not have my computer to refer to information
[2] I believe the term is compulsory, but not sure because of no computer
[3] All terms that the Supreme has declared is needed for a fair trial within the 6th Amendment
[4] I remember equal protection and due process, but there are others like privileges that applies to my injunction.

ADDENDUM DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST DANIEL PEREZ OR AN CJA ASSIGNED TO WRITE THE APPEAL - 2

**"Diversity of citizenship"**

6. Daniel Perez, esq. 93 Spring St, Newton, NJ 07860

7. Amount in Controversy

    a. This is not about money presently, but the looming 3020-a could result in termination, so my yearly salary is well-above threshold of $75,000.

    b. This suit is about showing the country that I did not receive a trial

    c. This suit is about showing the country that Sen. Schumer judges helped Randi Weingarten deprive me all my constitutional rights

    d. My termination hearing will focus in on the criminal charges

    e. I want to be able to submit a video brief and show the structural errors

    f. I want to be able to show how the AUSAs of EDNY helped deprive me of a fair trial, deprived me liberty for Judge Cogan, and covered of Judge Cogan's crime for his former clients the UFT

    g. I audio recorded and it is better for the public to see a face that corresponds with the voice

_____

I am writing the Court to inform them that I need new counsel, **if** Mr. Daniel Perez, esq. does not ask for the following:

8. Extension of time because there are hearings that need to occur in district court via 28 USC § 2106

    a. Mr. Perez said he will read all documents

ADDENDUM DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST DANIEL PEREZ OR AN CJA ASSIGNED TO WRITE THE APPEAL - 3

b. Mr. Perez gave me a few examples, but I do not trust because Judge Cogan has interfered between my lawyers and myself

c. **Example**, Mr. Silverman said, he would not present my intent of Judge Cogan committing a crime against me because no one else believed it."

    i. This is not the case as I have many, many AUSAs telling me Judge Cogan committed a crime against me

    ii. I have boarder like students believe Cogan committed a crime

    iii. Judge Ritter was impeached for practicing law for his former clients, like Judge Cogan for the UFT in my case

    iv. I cited a case where Justice Roberts said no one would believe that the decision was not influenced by him because they were once his clients

    v. Even without the above-referenced statements, the intent is mine and not his, so he was to present evidence based on my intent

9. Recusal of AUSA Karamigious with sanctions for misconduct

10. Asking the court for AUSA Karamigious to produce a waiver from the DOJ, as required

11. Motion to have my audio recordings of Judge Engelmayer intimidating me in court posted on the docket and have a page devoted to all my audio recordings of AUSAs, my lawyers, law enforcement because then a clear picture of how I was denied a fair trial will appear.[5]

---

[5] I looked in my rules book and I do not know what type of motion would it be called

ADDENDUM DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST DANIEL PEREZ OR AN CJA ASSIGNED TO WRITE THE APPEAL - 4

d. I have read many opinions/decisions where the court of appeals states: "we cannot deduce a judge's statement for biasness because there are not any audios of the judge speaking"—or some variation

e. Now, Judge Engelmayer intimidated me on issues like bail, intent, allowed Mr Silverman to lie—knowingly because he, the judge, received my emails and other items.

12. Motions under 28 USC § 2106

f. Some already appear on the court of appeals' docket, but the court will not consider them unless the lawyer makes the request

g. Whose intent does 18 USC §875(c) require Judge Engelmayer's, Mr. Silverman's or AUSA Karamigious[6] **OR** does the statute require the defendant to say his or her intent.

    i. I believe it is mine

h. Edelman of the NYPOST having my health information

i. Bail/illegally detained

j. Association with Sen. Schumer/recusal—Judge Porteous

k. The misconduct of my lawyers, which I have AUSAs saying so and letters from the DOJ

l. The misconduct of the AUSAs, which I have AUSAs saying so and letters from the DOJ

m. The misconduct of Mr. Drom, as what he wrote does not match what I have Mr. Weiss telling me

---

[6] Based on conversations with Mr. Silverman and I said about his conversations with the AUSA. I cannot state beyond what the AUSA wrote in the briefs or said in court

ADDENDUM DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST DANIEL PEREZ OR AN CJA ASSIGNED TO WRITE THE APPEAL - 5

n. Based on what Mr. Silverman said that doctors who wrote the psychological reports said that I was delusional because of Judge Cogan,

     i. In NYS it is misconduct not to provide an example, which the three reports did not state

     ii. Whether what Mr. Silverman said, at the moment, is true or not, this is not relevant because, according to the state, how could anyone confront their delusions, if they are kept in the dark and could be malpractice

o. The issue that Judge Engelmayer knew, because he received the emails, that Mr. Silverman lied about who were a primary witnesses, like the judge and who could be a third-party witness, like Mr. Geyh

p. There are 30 or 40 (or lower or higher) motions not answered and placed under seal, which all need to be answered for a complete record

### Part 1: Reason

13. This request is being made pursuant to the Court's supervisory power of CJA lawyers. See Nnebe v. US, 534 F.3d. 87 (2d Cir. 2008)[7] I must find my other pdfs or sit with my brother to see what files were already sent and placed under seal. I am thinking of a Cronic case or Cronic-type case where the goals of the lawyer and the goals of the client diverge and creates a conflict of interest under Cronic.

---

[7] Place holder until I can find the right case.

ADDENDUM DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST DANIEL PEREZ OR AN CJA ASSIGNED TO WRITE THE APPEAL - 6

## Part 2: Mr. Perez's statements to me

14. Mr. Perez never said that he will not file anything but said he must review the documents and transcripts before he will give me his answer, which is a fair assessment—I believe. The only item that he said, "I do not believe, I will ask for an extension in this case." However, I know that the record is not complete, and I have experienced lawyers, in this case, say "we will see" and they never do anything. Mr. Silverman said, which is audio recorded, he would do and then he never did anything.

15. Mr. Perez has not received all transcripts to my knowledge nor has he reviewed them for his decision—fully, but he also said when he receives the transcripts, he will need to provide the court with a deadline of for his brief and this does not work for a timeframe that would include 28 USC § 2106

## Part 3: Extension of Time

16. I require Mr. Perez to ask, at minimum, a month extension to review the record and see if he believes that will or not file 28 USC § 2106.

17. **Please Take Notice**, if Mr. Perez does not ask for the minimum extension of time after receiving all documents, then I require a new lawyer because reviewing documents and deciding on 28 USC § 2106 will not fit into a realistic timeframe, Mr. Perez has in his mind.

18. Obviously, if Mr. Perez decides to file my 28 USC § 2106 motions, then the court of appeals must decide whether to force Judge Engelmayer to hold further proceedings or not. Then, so on from here, which I do not know the timeframe for either.

19. I require Mr. Perez to ask, at minimum, a month extension to review the to review his brief prior to submission to the Court of Appeals because he cannot submit any brief without my approval, as Mr. Silverman submitted a brief that did not reflect my intent and would not change it

## Part 4: AUSA Karamigious' recusal and sanctions for not stating whether she has a waiver

20. I need the court to know that sanctions against the AUSA, removal of AUSA via Administrative Procedure Act, and recusal are not up for discussion because of Pres. Exc. Order Ms. Karamigious signed/DOJ policy on prohibition of participating in a case where your former employer is a party or has interest, which Mr. Perez also said he will see.

21. I have two DOJ ethics officers saying that the AUSAs are in violation because they will not state for the record whether they have a waiver or not—this alone, I will require another lawyer. Let's be clear, AUSAs can participate in a case where their former employer appears, if they seek and have a waiver. The problem is when the AUSA refuses to or hides the fact whether they sought a waiver or not.

22. **Please Take Notice**, if Mr. Perez, esq. already does not want to seek recusal or sanction against AUSA Karamigious, he is to inform the court and I need another lawyer

23. **Please Take FURTHER Notice**, the recusal needs to happen within the first week of January—this is straightforward, as I understand the issue of sanctions, even though I have letters from the DOJ and DOJ personnel saying she committed misconduct, Mr. Perez requires more time.

24. **Please Take EVEN further Notice**, I am not dealing with another lawyer who is ALLOWING AUSA Karamigous get away with misconduct before the court, so it is either Mr. Perez does what is required or I need a new lawyer because I have letters from the DOJ and over 80 DOJ personnel saying what AUSA Karamigious and AUSA Bensing did to me is misconduct and covered up Judge Cogan's crime, which I would love to have a true hearing call everyone that I spoke to because the truth needs to be appear on the docket and the court needs to protect the integrity of the system.

25. **Essentially**, I need an answer from Mr. Perez about 28 USC § 2106 prior to him or any lawyer telling the court what date the brief will be filed because my rights were not protected in district court and Judge Engelmayer did not allow me to develop a record and 28 USC § 2106 is the vehicle to correct this GROSS injustice that EVERYONE outside of the 2d. Cir. saw at the DOJ and I have letters from the DOJ too.

26. These items are not negotiable because it is my life and I have evidence to support my claims, as my opinions are WORTHLESS, but the opinions of the government are gold. According to letters and DOJ personnel, I received unfair trail, ineffective assistance of counsel, and the misconduct of the AUSA

## Part 5: Judge Engelmayer's statements of my lawyers and AUSAs need to be taken in bad faith.

27. **Please Take Notice**, Judge Engelmayer's assessment of Mr. Silverman or AUSA Karamigious cannot be taken in good faith because, as examples,

28. Judge Engelmayer received my emails and knows Mr. Silverman intentionally did not write my intent into the brief

   a. Then, there is the fact that the Judge Engelmayer to behave like my lawyer and tell me what my intent was and was not, see 28 USC § 454

   b. EVERY court, Judge Engelmayer's behavior was biased and be voided or overturned (I do not have my computer) with misconduct complaints filed by the judges who read the complaint

   c. REMEMBER, the practice of law by a sitting judge is 3 days without day to 11 months without pay—again, 28 USC § 454[8]

29. Judge Engelmayer was DOJ personnel in 1990s and knows and understand AUSA Karamigious misconduct, so he was well of aware of the prohibition to work on a case where your former employer is part of

   d. This stems from the Gov't Act of 1978

   e. This stems from the Pres. Exc. Order that started in 1989 and there is a copy of Judge Engelmayer's signed document

   f. There are judicial misconduct decisions and recusal decisions because of what Judge Engelmayer ignored about the AUSA, as he

---

[8] The statute says misdemeanor, but the only consequence I ever found were days without pay and prior to the enactment of the statute Judge Ritter was impeached and convicted for the act of practice of law

ADDENDUM DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST DANIEL PEREZ OR AN CJA ASSIGNED TO WRITE THE APPEAL - 10

worked and knew the policies of the DOJ, Exc. Order requirement, and Gov't Act of 1978—if I had my computer, I could have provided the court with names

## Conclusion

30. Now, Mr. Perez has been upfront with me and he appears to be sincere, but I know my rights were violated by everyone. I have audio recordings of DOJ people telling me that my rights were violated, and I have letters from the DOJ saying my rights were violated, so 28 USC § 2106 is the only way to correct the issue to create a complete record for this court's consideration, as facts and evidence is being hidden from the docket and the public.

31. What my lawyers have done is a crime and I WANT all AUSAs that I spoke to tell the world and I want it streamed live because they have figured out ways to prevent me from gaining remedies. **Please Take Notice**, I was deprived of a fair trial and the world needs to hear the audios with people's faces

32. Mr. Perez, esq. has until January 5, 2022, to file a motion granting permission to contact the court directly because I need remedies PRIOR to any notice of the filing of a brief. This is not negotiable because Judge Engelmayer intimidated me into a guilty plea, the misconduct of AUSA, and Judge Engelmayer and Mr. Silverman hid the criminal conduct of Judge Cogan for Randi Weingarten and the UFT—TRULY EVERYONE, I MEAN, EVERYONE that I spoke to at the DOJ said ENDY AUSAs are covering up for Cogan and retaliated against me or him. The letters from the DOJ only state the misconduct of AUSAs and my lawyers. **Please Take Notice**, I sent

ADDENDUM DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST DANIEL PEREZ OR AN CJA ASSIGNED TO WRITE THE APPEAL - 11

congress and the DOJ audio recordings—AUSAs, judges, and my lawyers—maybe law enforcement, but I have to find the USB

--------------------------

Count 1: **DECLARATORY AND INJUNCTIVE RELIEF –**

33. Declaratory Judgment that I had my appeals lawyer provided me with ineffective assistance of counsel by not filing all motions to protect my rights

34. Declaratory Judgment that my appeals lawyer helped Judge Cogan and Randi Weingarten deprive me of a proper appeal based on structural errors, like choice of lawyer

35. **Please Take Notice**, there are audio recordings between Mr. Perez and I about my appeal

36. The Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs of this Complaint.

37. The preceding paragraphs are incorporated by reference as if fully alleged herein.

38. I have been through this with previous lawyers and waiting until a month and half prior to the appeal is due does not work for me because I informed Mr. Perez to provide me with an answer
    a. Now, Mr. Perez said he has not read all documents to decide
    b. There are many issues that were not dealt with at the district level and 28 USC § 2106 can provide me with remedies

39. 28 USC § 2106 is a vehicle to gain possible remedies for constitutional violations that I incurred at the hands of Judge Engelmayer, as he said, "you will not get justice here."

# **Count II**

ADDENDUM DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST DANIEL PEREZ OR AN CJA ASSIGNED TO WRITE THE APPEAL - 12

40. Declaratory Judgment that Sen. Schumer, Randi Weingarten, and Judge Cogan interfered with Mr. Perez representing me, like Mr. Silverman saying that he did not do his job because of Judge Cogan.
41. Mr. Perez has not said anything to allude to whom is interfering, like Mr. Silverman or Mr. Huetson, but each one of my lawyers have done something to harm me, like deprive me of liberty for 3 years or be in jail for five months.
42. Mr. Perez wants me to wait until mid-March for him to decide if he willing to put in any motion under 28 USC §2106

## Count III Structural Error

**43.** Declaratory Judgment that if Mr. Perez does not raise all claims, he provided me with an ineffective assistant of counsel
**44.** There are structural errors that were raised prior to pleading and sentencing
**45.** The structural errors are choice of lawyer, biased judge, choice of defense, ineffective assistance of counsel, etc.

## Count IV Injunctive Relief

46. Mr. Perez must have my audio-recordings of Judge Engelmayer intimidating me placed on place for the public to download
47. Mr. Perez must place motions pursuant 28 USC § 2106 for the court of appeal to consider

48. Mr. Perez must put in the required motions

49. Mr. Perez must raise all structural errors, like choice of lawyer or choice of defense or biased judge
50. Then, he must raise appealable issues recusal, brady, ineffective assistance of counsel
51. Mr. Perez must seek the recusal of AUSA Karamigous and ask for her waiver.


Dated this 31ˢᵗ of December, 2021.

1

2

3

4

5

6

_____

7
Lucio Celli, Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28