Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
718-547-9675

UNITED STATES COURT FOR THE

DISTRICT OF COLUMBIA

LUCIO CELLI,

Plaintiff,

vs.

Weingarten et al,

Defendant

Case No.: 21-cv-03369 (CRC)

ADDENDUM TO DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST SHANNON HAMILTON-KOPPLIN WITH RULE 38 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE

In the second amended complaint, I forgot to include facts that would merit a suit for injunctive relief or declaratory relief against Shannon Hamilton-Kopplin.:

### I. NATURE OF THE CASE

1. This is an action for declaratory judgment pursuant to the Federal Declaratory Judgments Act, 28 U.S.C. §§ 2201–2202, and Rule 57 of the Federal Rules of Civil Procedure.
2. This is an action for injunction relief because it appears that Mr. Perez, esq. will not provide me with the required representation.
   i. What is in between the lines are items that I told Mr. Perez that I wanted him to file because filing them protects my rights
   ii. Mr. Perez is under the assumption that the appeal and 28 USC § 2106 are the same, but the problem is the fact that not filing 28 USC § 2106 affects me
   iii. Filing an appeal and filing motion pursuant to 28 USC § 2106 are different, which I provided him a Supreme Court case that alludes to the difference.
3. Plaintiffs, Lucio Celli bring this action individually. These plaintiffs (collectively referred to as "Defendant") bring this action against Weingarten et al (with Daniel Perez, esq. named). **In terms of Ms. Kopplin—I**

ADDENDUM TO DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST SHANNON HAMILTON-KOPPLIN WITH RULE 38 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE - 1

**seek to have her to address it is an ethical violation for Sen. Schumer to trade favors as gifts**. **II. JURISDICTION and PARTIES**

4. Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 USC §1331, a case arising under the United States Constitution or federal laws, or treaties is a federal question case. Under 28 USC § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $ 75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant maybe a citizen of the same State as any plaintiff.

5. The basis for federal court's jurisdiction is "Federal Question" and "Diversity of citizenship"

**Federal Question**:

   i. The Constitutional torts are 1st Amendment (Social Contract Doctrine, petition to government, access to the court, etc.), 4th Amendment (Detainment, probable cause and abuse of process[1]), 5th Amendment (Due Process Clause), 6th Amendment (Effective assistant of counsel, impartial district, calling witnesses[2], etc.[3]) , 14th Amendment (Due Process, equal protection of the law, etc.[4]) and 42 USC § 1983

**"Diversity of citizenship"**

6. Ms Kopplin. 220 Hart Budling, US Senate Washington, DC 20510

---

[1] Not sure of this one because I do not have my computer to refer to information
[2] I believe the term is compulsory, but not sure because of no computer
[3] All terms that the Supreme has declared is needed for a fair trial within the 6th Amendment
[4] I remember equal protection and due process, but there are others like privileges that applies to my injunction.

ADDENDUM TO DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST SHANNON HAMILTON-KOPPLIN WITH RULE 38 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE - 2

7. Amount in Controversy
   i. This is not about money presently, but the looming 3020-a could result in termination, so my yearly salary is well-above threshold of $75,000.
   ii. This suit is about showing the country that I did not receive a trial
   iii. This suit is about showing the country that Sen. Schumer judges helped Randi Weingarten deprive me all my constitutional rights
   iv. My termination hearing will focus in on the criminal charges
   v. I want to be able to submit a video brief and show the structural errors
   vi. I want to be able to show how the AUSAs of EDNY helped deprive me of a fair trial, deprived me liberty for Judge Cogan, and covered of Judge Cogan's crime for his former clients the UFT
   vii. I audio recorded and it is better for the public to see a face that corresponds with the voice

   _____

8. I wrote a complaint against Sen. Schumer back in July of 2021
9. Ms. Kopplin responded that Sen. Schumer did not commit any ethical violation
10. Ms. Kopplin did not address the following:
    a. Judge Donnelly attempted, in a similar manner to Judge Engelmayer, to lie about her association with Sen. Schumer, but I had to remind her that her daughter and Sen. Schumer's daughter went to the same school. In addition, I had to remind her that Sen. Schumer referred to her as family.

ADDENDUM TO DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST SHANNON HAMILTON-KOPPLIN WITH RULE 38 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE - 3

    i. Judge Donnelly did address the association after being reminded about Sen. Schumer's recommendation to Pres. Obama, but I do not need to remind her of the process like Judge Engelmayer.
    ii. Judge Donnelly did address the fact, according to her, that she does not know Randi Weingarten expect for what she reads in the newspaper, which on the surface is an acceptable answer, but she I am did not get into Judge Louderbach (impeachment but not convicted) or other judges (criminal cases) who fixed cases for their senators.
    iii. The issue was addressed the same day it was brought to Judge Donnelly's attention
    iv. Told me to forget what happen at the bail hearing and be happy that I still had a job, but a crime was committed against me, and I denied retro money for it too

11. Judge Engelmayer insinuated that I was stupid and crazy for suggesting that Sen. Schumer had anything to do with his judgeship and I had no idea and knowledge of how a person becomes a judge on Oct. 16, 2020
    i. I informed Judge Engelmayer that Sen. Schumer's recommendation is part of public record and told him he needs to be ashamed of him for lying for the record
    ii. I informed Judge Engelmayer that Judge Louderbach admitted, during his impeaching hearing, that he fixed cases for Sen. Shortbridge
    iii. It took Judge Engelmayer until April 16, 2021, to admit that Sen. Schumer did recommend him to Pres. Obama.
    iv. I forgot to include the audio recording of Judge Engelmayer lying to me the last time, but I sent it to the NY Post Reporter and Officer Greene has it. I will include it this time.
    v. Judge Engelmayer did not address the issue of recusal
    vi. Judge Engelamyer did not address whether he knew Randi Weingarten or not
    vii. Judge Engelmayer deprivation of my intent and defense favored Sen. Schumer and Randi Weingarten
    viii. Told me that "you will not receive justice here"
    ix. Knew Mr. Silverman and Mr. Taylor lied about the bail hearing
    x. Mr. Silverman with my other lawyers deprived me of retro money because Randi paid the lawyers and the judges.
    xi. April 6, 2021, Judge Engelmayer told me what my intent with defense was and was not, so he practiced law—as if he was me and my lawyer, but I let him know, so he fixed his mouth because judges have been

ADDENDUM TO DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST SHANNON HAMILTON-KOPPLIN WITH RULE 38 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE - 4

      docketed pay from 3 days to 11 months. See. 28 USC § 454 with misconduct opinions or impeachment conviction of Judge Ritter for the practice of law.

xii. April 16, 2021, Judge Engelmayer fixed his mouth and not telling me what intent with defense was and was not going to be and said, "I would not do that either, if I were your lawyer." And this goes back to April 6, 2021 issue

xiii. The other issues of April 16, 2021, were Mr. Silverman lying about witnesses—which judge knew because he received my emails too—and financials of judges

12. The above issues with Judge Engelmayer and Judge Donnelly are issues for conspiracy during Judge Porteous' impeachment trial, civil trial case law, and criminal trial case law **BECAUSE** the person who is lying about the association is a conspirator

13. Ms. Kopplin witnessed Judge Swain hide her association with Sen. Schumer, which was discussed at Judge Porteous' trail for conspiracy and there are case law in civil and criminal that deal with this issue too.

14. Randi Weingarten promotes Sen. Schumer initiatives for favors, like placing his judges in cases to harm me, like take my liberty away, rob me of retro money, ensure that I will get fired, and to intimidate me for Randi's interest

15. Randi Weingarten uses her nearly 2 million members to help get Sen. Schumer's people elected, so that he became majority leader in 2020

16. Sen. Schumer believes that Randi Weingarten is like a sister and does favors for her, like place his judges in my cases to harm me, like take my liberty, rob me of retro money, rob my parents of their pension money, and ensure that I will get fired because facts are hidden

17. Sen. Schumer provided Randi Weingarten with access to the judges he recommended to the bench in exchange for Randi

ADDENDUM TO DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST SHANNON HAMILTON-KOPPLIN WITH RULE 38 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE - 5

Weingarten promotes Sen. Schumer's initiatives and helped the senator become majority leader by bringing citizen of Georgia to vote or knocked on the citizens of Georgia's doors to sell the democratic ticket—without the help of the AFT, Sen. Schumer would not have his position

  i. There are pictures on social media to show the AFT's help in Georgia and throughout the election

18. **Please Take Notice**, the senate ethics' handbook states: The word ''gift'' is defined broadly and includes any ''item having monetary value.'' Specifically, paragraph 2(b)(1) of the Rule states:

[T]he term ''gift'' means any gratuity, **favor**, discount, entertainment, hospitality, loan, forbearance, or other item having monetary value. The term includes gifts of services, training, transportation, lodging, and meals, whether provided in kind, by purchase of a ticket, payment in advance, or reimbursement after the expense has been incurred.

19. Ms. Kopplin deprived me an opportunity to get six senators to pick up my complaint because she knew that Sen. Schumer and Randi Weingarten traded favor so that he could become majority leader with AFT's help and Randi would have Schumer judges deprive me of all rights

## Count 1: **DECLARATORY AND INJUNCTIVE RELIEF** –

20. Declaratory Judgment that Ms. Kopplin ignored how Randi Weingarten exchanged her help and AFT resources for favors that Sen. Schumer can provide in terms of judges

21. Ms. Kopplin covered up Sen. Schumer helping Randi Weingarten deprive me of all constitutional rights

22. Ms. Kopplin is aware that Judge Engelmayer committed a crime against me,

23. Ms. Kopplin is aware that Judge Swain covered up Judge Engelmayer's crime against me

24. If 80 DOJ personnel knows, then Ms. Kopplin knows because she graduated Georgetown Law School, so is not stupid

ADDENDUM TO DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST SHANNON HAMILTON-KOPPLIN WITH RULE 38 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE - 6

25. Ms. Kopplin is attempt to pull the trick that everyone is pulling with Judge Cogan and no one is stupid—the public just needs to find out
26. I incorporate all other documents into this one
27. **Injunctive relief:** To have Ms. Kopplin address how Sen. Schumer used his position to help Randi Weingarten by allowing her access to his judges

Dated this 31st of December, 2021.

_____
Lucio Celli, Defendant

ADDENDUM TO DECLARATORY AND INJUNCTIVE COMPLAINT AGAINST SHANNON HAMILTON-KOPPLIN WITH RULE 38 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE - 7