Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
718-547-9675

UNITED STATES COURT FOR THE

DISTRICT OF COLUMBIA

LUCIO CELLI,

Plaintiff,

vs.

Weingarten et al

Defendant

Case No.: 21-cv-03359-CRC

MOTION TO HAVE THE US MARSHALLS SERVE JUDGES AND AUSAS

Dear Cooper:

I am on probation now with terms of conditions that have placed limitation upon my service upon certain parties named in the suit. I seek Your Honor's help.

Here are the terms:

1. The defendant shall not call, email, fax, or contact any judge of any court, or any judge's chambers, including, without limitation, by U.S. mail.
2. The defendant shall not make any phone calls or send any written correspondence (including e-mail) to any prosecutor or government personnel and shall not have any third party do so on his behalf (with the exception of counsel).
3. My lawyer said that ecf counts as service, which after reviewing my annotated Federal Civil Rules and Procedures book, I know this to be true
4. I have my CJA lawyer telling me that the only contact that I can have with with judges and AUSAS is via the docket

MOTION TO HAVE THE US MARSHALLS SERVE JUDGES AND AUSAS  - 1

5. My CJA lawyer is required, who is named in this suit, forward all papers from me to the AUSAs and I have him audio recorded telling me that is what he and the AUSA Karamigious (also named) agreed that he (Mr. Silverman) would send my papers—so this should not be an issue
6. My CJA lawyer prior to pleading guilty said that I would be able to sue Judge Cogan, as he ensured that I was denied a fair trial and that my lawyers would not do their jobs
7. Since, the guilty plea and sentencing everything has changed

Now, I hired a process server to docket the complaint with summons on various dockets because I am limited to this as the only way to seek a just remedy. There is, however, a problem that my process server is finding, like half of the Judicial Conference belong to court of appeals and there are no calendars to find a case to place the summons and complaints to fulfill service under Rule 5.

### Part 1

(b)(2)(E) sending it to a registered user by filing it with the court's electronic-filing system or sending it by other electronic means that the person consented to in writing—in either of which events service is complete upon filing or sending, but is not effective if the filer or sender learns that it did not reach the person to be served;

So, filing the summons with complaints to certain cases where the judge presides over; this will ensure that the judge is served.

However, as an example, Chief Judge Ann Livingston does not have a calendar for my server to know what cases she is presiding over, so I cannot ensure she is served

### Part 2

MOTION TO HAVE THE US MARSHALLS SERVE JUDGES AND AUSAS   - 2

(b)(3) *Using Court Facilities.*

I do not know what this means

## Remedy

I request that Your Honor appoint a CJA lawyer to review my papers in this matter because I need counsel to serve my papers upon the government.

In addition, there is a conflict of interest between Mr. Silverman and I in this case because Mr. Silverman is named.

I did put in a modification for these issues with Judge Engelmayer, but he called me stupid, crazy, and even said, "you will never get justice here," which is the reason that he is named with the issue that he practiced law on April 6, 2021. See 28 USC § 454.

**Please Take Notice,** Judge Engelmayer ignores me and every request

**Please Take FURTHER Notice,** Judge Engelmayer remained silent when I informed him that either or both AUSA Bensing and/or Defender Olivera gave my health information to the NYPOST, which the judge employed as his method of intimidation and coercion

**Therefore,** I know Judge Engelmayer will not answer the motion and there is four-month limitation on service after summons have been issued and he will not answer because he said, "you will never get justice in this court."

I do not know if Your Honor can solve the issue with the service of judges, but I know that Your Honor can provide me with a CJA lawyer who will not block me from the court or from contacting AUSAs.

MOTION TO HAVE THE US MARSHALLS SERVE JUDGES AND AUSAS   - 3

As it stands, I am being blocked from the AUSA by Mr. Silverman and is a colorable crime under 18 USC §241 with Judge Engelmayer and AUSA Karamigious. As Mr. Silverman told Judge Engelmayer, on 12/1/21, that it was not his job to forward any papers to the AUSAs

**Please Take Notice,** I have called, and will continue to call, lawyers to ask them if they will service my papers and how much would it be?—I answer has been flat no and I even offered 500, which is triple the amount of a process server and I was still turned down.

I pray for Your Honor's help in this matter

_____
Lucio Celli
December 30, 2021

Dated this 30th of December, 2021.

_____
Lucio Celli, Defendant

MOTION TO HAVE THE US MARSHALLS SERVE JUDGES AND AUSAS   - 4